IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLOS CARR,
A-200-715-145,

    Petitioner,

vs.                                  Case No. 4:11cv412-RH/WCS

ERIC H. HOLDER, et al.,

    Respondents.

_____/

## ORDER AND REPORT AND RECOMMENDATION

    The *pro se* Petitioner initiated this case on August 23, 2011, by filing a § 2241 petition for writ of habeas corpus. Doc. 1. Petitioner paid the filing fee, and service of the petition was entered on August 29, 2011. Doc. 3. In the § 2241 petition, Petitioner alleged he was a native and citizen of Antigua who had been ordered removed from the United States on September 23, 2010. Doc. 1. Petitioner said he had languished in detention for a year, having entered into detention on August 23, 2010. *Id.*, at 1. Petitioner contends that Respondents are unable to remove him, yet refuse to release him. Petitioner does not challenge the removal order, he only seeks release from custody pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001).

A motion to dismiss has now been filed.  Doc. 9.  Respondents assert this case should be dismissed because Petitioner has been released from detention and the case is moot.  Doc. 9.  Petitioner "was released from custody on October 14, 2011, pending removal from the United States."  *Id.*, at 2.

Because Petitioner has essentially been afforded the relief he sought, release from detention, this § 2241 petition should now be dismissed as moot.  No judicial remedy remains available.

Respondent's motion to dismiss, doc. 9, contains a certificate of service which indicates the document was provided to Petitioner at his "last known address," which was the Wakulla County Jail, and to his forward address as provided in the Order of Supervision Release Notification.  This order will be sent to both locations as well.  If Petitioner does not contest this dismissal, he need not take any further action.  Petitioner shall have a fifteen day period of time in which to file any opposition to this report and recommendation.

**ORDER**

Accordingly, it is

**ORDERED:**

1.  The Clerk shall provide a copy of this order and report and recommendation to Petitioner at his address of record and at the address listed in the Order of Supervision: 61 Mascot Street, Apt. 2, Dorchester, MA  02124.

2.  Petitioner shall have fifteen days to submit any opposition to this recommendation to dismiss his § 2241 petition as moot.

## REPORT AND RECOMMENDATION

In light of the uncontested assertion by Respondent, it is respectfully

**RECOMMENDED** that the § 2241 petition filed by Petitioner **CARLOS CARR** be

**DISMISSED as moot** since it appears he has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on October 31, 2011.


     s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**